UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROY DEBOSE,<br><br>        Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 10-7891-JFW (SH)<br><br>MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

    On October 20, 2010, pro se petitioner, in state custody, filed what the Court construes as a motion for an extension of time to file a federal petition for writ of habeas corpus. Petitioner does not allege any claims. Rather, petitioner states that he may not be able to file a timely habeas petition because of his mental illness.

    A Petition for Writ of Habeas Corpus can only be issued if petitioner is in state custody and that such custody is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c). Petitioner fails to allege any

claim(s), much less any claims which go to the fact or duration of petitioner's confinement.  See Preiser v. Rodriguez, 411 U.S. 475, 489, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).  Thus, petitioner has not allege any claim(s) cognizable in habeas corpus.

Moreover, to the extent that petitioner is seeking an extension of time and/or equitable tolling based on his mental illness, the Court has no basis for determining whether an extension of time and/or equitable tolling is appropriate.  See Pace v. Diuglielmo, 544 U.S. 408, 416, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005) (noting a situation in which a "protective" federal habeas petition would be appropriate). Since petitioner has not filed a Petition alleging any cognizable claims, the Court does not need to address this issue.

Since petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

IT IS ORDERED as follows:

1. The Petition is dismissed without prejudice; and
2. The Clerk shall mail a copy of this Order to petitioner and respondent.

DATED: October 25, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:
Date: October 21, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE